# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CRENSHAW,<br><br>　　　　Plaintiff,<br><br>　v<br><br>MACY'S, INC., et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-00765-BAM<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS<br><br>FORTY-FIVE DAY DEADLINE |

　　　On March 31, 2016, Defendants removed this action from the Fresno County Superior Court to the Eastern District of California. On January 12, 2017, this Court conducted a settlement conference, during which the parties reached a settlement agreement.

　　　Based upon the settlement of this action, it is HEREBY ORDERED that:

　　　1.　　All pending matters and dates in this action are VACATED; and

　　　2.　　The parties shall file dispositive documents within forty-five (45) days from the date of service of this order.

IT IS SO ORDERED.

Dated:　**January 12, 2017**　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1